**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH DELLA SALA, et al.,
    Plaintiffs,

vs.                                               CASE NO. 8:09-CIV-1304-T-17-TBM

ST. PETERSBURG KENNEL CLUB, INC.
etc.,
    Defendant.
_____/

**ORDER OF RECUSAL**

    This cause is before the Court <u>sua sponte</u>. Upon examination of the file in the above-styled action, the undersigned has determined that there is cause for recusal as the undersigned has a personal relationship with persons involved in this case. Accordingly,

    I recuse myself from all further participation in this case and the Clerk of Court is instructed to reassign this case under the blind filing system established pursuant to the rules of this Court.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 11th day of August, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All
Parties and Counsel of Record